**Earl Jacob CROSS, Petitioner–
Appellant,**

v.

**Gene M. JOHNSON, Director, Virginia
Department of Corrections,
Respondent–Appellee.**

No. 07–7200.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 13, 2007.

Decided: Dec. 20, 2007.

Earl Jacob Cross, Appellant Pro Se.
Robert H. Anderson, III, Office of the
Attorney General of Virginia, Richmond,
Virginia, for Appellee.

Before NIEMEYER, MOTZ, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Earl Jacob Cross seeks to appeal the
district court's order accepting the recom-
mendation of the magistrate judge and
dismissing as untimely his 28 U.S.C.
§ 2254 (2000) petition. The order is not
appealable unless a circuit justice or judge
issues a certificate of appealability. 28
U.S.C. § 2253(c)(1) (2000). A certificate of
appealability will not issue absent "a sub-
stantial showing of the denial of a constitu-
tional right." 28 U.S.C. § 2253(c)(2)
(2000). A prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that any assessment of the
constitutional claims by the district court
is debatable or wrong and that any disposi-
tive procedural ruling by the district court
is likewise debatable. *Miller–El v. Cock-
rell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029,
154 L.Ed.2d 931 (2003); *Slack v. McDan-
iel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d
676, 683–84 (4th Cir.2001). We have inde-
pendently reviewed the record and con-
clude that Cross has not made the requi-
site showing. Accordingly, we deny his
motion for a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*